AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE | March 11, 2003 |
| NAME OF SERVER (PRINT) James W. Burch | TITLE | L.A. Reg. # 4222   Reg. Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Served Authorized Agent for Service of Process Lei Tan on March 3, 2003 @3:14 P.M. at: 9777 Topanga Canyon Boulevard, Chatsworth, CA 91311

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___March 11, 2003___   _/s/ John B._
        Date                Signature of Server

Classic Investigative Services
*Address of Server*
8821 Reseda Boulevard, Northridge, CA 91324

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

1:03-cv-00477

Michael Harris Tow, Esq.                                              rf
Micros Systems, Inc.
7031 Columbia Gateway Drive
Columbia, MD  21046-2289

------------------------------

------------------------------