IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **MICROS SYSTEMS, INC.** | * | |
|     Plaintiff | * | |
| v. | * | |
| **LANTING HOTEL VENTURES III, INC.** | * | Case No. 03-00477 |
|     Defendant | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## CERTIFICATE OF SERVICE

I hereby certify that on April 24, 2003, a copy of Plaintiff's Disclosure Statement and Return of Service, which was electronically filed in this case on April 24, 2003, was mailed via first class mail, postage prepaid, to: William Lanting, Resident Agent, 9777 Topanga Canyon Blvd., Chatsworth CA 91311.

 

*Michael H. Tow*
Michael H. Tow, Bar No. 12042
MICROS Systems, Inc.
7031 Columbia Gateway Drive
Columbia, MD 21046-2289
(443) 285-8052 (tel)
(443) 285-0466 (fax)

Counsel for MICROS Systems, Inc.