IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **MICROS SYSTEMS, INC.** | * |
| Plaintiff | * |
| v. | * |
| **LANTING HOTEL VENTURES III, INC.** | *   Case No. 03-00477 |
| Defendant | * |

\* \* \* \* \* \* \* \* \* \* \* \*

## DISCLOSURE OF CORPORATE INTEREST

Clerk:

I certify, as counsel to the plaintiff in this case noted above that MICROS Systems, Inc. is the parent corporate of a number of subsidiary corporations (listed below), but that no corporation, unincorporated association, partnership, or other business entity not a party to this case has a financial interest in the outcome of this litigation as set forth in Local Rule 103.3.

The following list contains the names and locations of all of MICROS's material subsidiaries:

| Name of Subsidiary | Jurisdiction of Incorporation |
|---|---|
| Hospitality Technologies, S.A. | Argentina |
| HotelBANK Asia Pacific Pty Ltd. | Australia |
| MICROS-Fidelio Australia Pty Ltd. | Australia |
| MICROS Foreign Sales Corporation | Barbados |
| Merchants Information Solutions, Ltd. | Canada |
| MICROS-Fidelio Information Systems (Shanghai) Co. Ltd. | China |
| Fidelio Software (China) Ltd. | China |
| MSI Delaware, LLC | Delaware |
| MICROS-Fidelio Software Deutschland GmbH | Federal Republic of Germany |
| MICROS Systems Holding GmbH | Federal Republic of Germany |
| Fidelio Cruise GmbH | Federal Republic of Germany |
| MICROS-Fidelio Software GmbH & Co. KG | Federal Republic of Germany |
| Indatec GmbH & Co.KG | Federal Republic of Germany |

| | |
|---|---|
| MICROS- Fidelio (Ireland), Ltd. | Ireland |
| Fidelio Nordic Oy | Finland |
| Fidelio Cruise, Inc. | Florida |
| MICROS-Fidelio France, S.A. | France |
| MICROS-Fidelio Hong Kong, Ltd. | Hong Kong |
| Fidelio India Private Ltd. | India |
| MICROS-Fidelio Italia S.r.l. | Italy |
| MICROS-Fidelio Japan Ltd. | Japan |
| MICROS-Fidelio Mexico S.A. de C.V. | Mexico |
| MICROS-Fidelio Worldwide, Inc. | Nevada |
| MICROS-Fidelio Southwest, Inc. | Nevada |
| Fidelio Nordic Norway A/S | Norway |
| MICROS-Fidelio Software Portugal, ULDA | Portugal |
| MICROS-Fidelio Singapore Pte Ltd. | Singapore |
| MICROS Fidelio South Africa (Pty) Ltd. | South Africa |
| MICROS-Fidelio España S.L. | Spain |
| Fidelio Nordic Sweden A.B. | Sweden |
| Hotelbk A.B. | Sweden |
| MICROS-Fidelio Software (Thailand) Co. Ltd. | Thailand |
| MICROS-Fidelio U.K. Ltd. | United Kingdom |

*Michael H. Tow*
Michael H. Tow, Bar No. 12042
 MICROS Systems, Inc.
 7031 Columbia Gateway Drive
 Columbia, MD 21046-2289
 (443) 285-8052 (tel)
 (443) 285-0466 (fax)

Counsel for MICROS Systems, Inc.