IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MICROS SYSTEMS, INC. | * | |
|     Plaintiff | * | |
| v. | * | |
| LANTING HOTEL VENTURES III, INC. | * | Case No. 03-00477 |
|     Defendant | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## REQUEST FOR ENTRY OF DEFAULT

Having duly caused service of process and Plaintiff's complaint in this action to be made upon defendant Lanting Hotel Ventures, III, Inc., on or about March 3, 2003, pursuant to Fed. R. Civ. P. 55(a) and pursuant to this Court's order of April 25, 2003, Plaintiff MICROS Systems, Inc., by counsel, respectfully requests the Clerk to enter a default against the defendant because the time for pleading has expired and defendant has failed to plead or otherwise defend the matter as provided by the Federal Rules of Civil Procedure.

An affidavit by counsel for the Plaintiff confirming the absence of pleading or other appearance is attached as an Exhibit in support of this Request.  The return of service was previously filed in this matter.

Entry of default is proper under the circumstances presented.  *See New York Life Ins. v. Brown*, 84 F.3d 137, 141 (5th Cir. 1996).

The defendant's last known registered address is 9777 Topanga Canyon Blvd, Chatsworth, California, 91311, and its last known principal business address is 733 Briley Parkway Nashville, TN 37217.

The defendant is a corporation, so no non-military affidavit should be necessary.

Respectfully submitted,

*Michael H. Tow*
Michael H. Tow, Bar No. 12042
MICROS Systems, Inc.
7031 Columbia Gateway Drive
Columbia, MD 21046-2289
(443) 285-8052 (tel)
(443) 285-0466 (fax)

Counsel for MICROS Systems, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on May 16, 2003, a copy of the foregoing Request for Entry of Default, which was electronically filed in this case on May 16, 2003, was mailed via first class mail, postage prepaid, to: William Lanting, Resident Agent for Defendant, 9777 Topanga Canyon Blvd., Chatsworth, CA, 91311.

*Michael H. Tow*
Michael H. Tow, Bar No. 12042
MICROS Systems, Inc.
7031 Columbia Gateway Drive
Columbia, MD 21046-2289
(443) 285-8052 (tel)
(443) 285-0466 (fax)

Counsel for MICROS Systems, Inc.

~