IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **MICROS SYSTEMS, INC.** | * | |
| **Plaintiff** | * | |
| v. | * | |
| **LANTING HOTEL VENTURES III, INC.** | * | Case No. 03-00477 |
| **Defendant** | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

### AFFIDAVIT OF COUNSEL

1.    I, Michael H. Tow, am over eighteen years of age, have personal knowledge of the facts stated herein, and am otherwise competent to testify. I am counsel for plaintiff MICROS Systems, Inc., and am authorized to make this affidavit on behalf of the plaintiff.

2.    The complaint in this action was filed on or about February 21, 2003.

3.    Service was effected on the Defendant on or about March 3, 2003, as indicated in the return of service previously filed with this Court.

4.    As of the date of this Affidavit, I have not received a copy of any answer, motion, or other pleading filed by the Defendant in this action.

I solemnly affirm under the penalties of perjury that the contents of this Affidavit are true to the best of my knowledge, information, and belief.

_/s/ Michael H. Tow_
Michael H. Tow

STATE OF MARYLAND

COUNTY OF HOWARD, to wit:

On this 16th day of May, 2003, before me, a Notary Public in and for the state above, personally appeared Michael H. Tow, known to me or satisfactorily proven to be the person whose name is subscribed to the within instrument, and who acknowledged that he executed the same for the purposes therein contained. In witness whereof, I hereunto set my hand and official seal.

*Julie A. Griffin*
Notary Public

[SEAL]

My Commission Expires: February 29, 2004