IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **MICROS SYSTEMS, INC.** | * | |
| Plaintiff | * | |
| v. | * | |
| **LANTING HOTEL VENTURES III, INC.** | * | Case No. 03-00477 |
| Defendant | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## MOTION FOR JUDGMENT

Plaintiff MICROS Systems, Inc. ("MICROS"), by counsel, moves for final judgment to be entered in this matter. The basis for this motion is as follows:

On or about February 21, 2003, MICROS filed its complaint in this action. Service was obtained on the defendant on or about March 3, 2003. On or about May 16, 2003, and pursuant to this Court's order of April 25, 2003, MICROS requested entry of default because the time for pleading expired and defendant failed to plead or otherwise defend the matter as provided by the Federal Rules of Civil Procedure. Entry of default would be proper under the circumstances presented. *See New York Life Ins. v. Brown*, 84 F.3d 137, 141 (5th Cir. 1996).

Pursuant to Federal Rule of Civil Procedure 55(b), judgment by default and without a hearing is proper after the entry of default, provided that the defendant still has not appeared and further provided that the moving party has established that damages are in a sum certain. *See generally id.*; *Inman v. American Home Furniture Placement, Inc.*, 120 F.3d 117 (8th Cir. 1997). In this matter, despite proper service and ample notice, the defendant has not appeared, and the

amount owed is a sum certain ($70,054.91), as verified in the accompanying affidavit of Deborah Roth.

WHEREFORE, for the foregoing reasons, Plaintiff MICROS Systems, Inc., respectfully requests that this Court enter final judgment by default in this matter in the amount of $70,054.91, plus costs, with interest to run at the legal rate from the date of entry of the judgment.

*Michael H. Tow*
Michael H. Tow, Bar No. 12042
  MICROS Systems, Inc.
  7031 Columbia Gateway Drive
  Columbia, MD 21046-2289
  (443) 285-8052 (tel)
  (443) 285-0466 (fax)

Counsel for MICROS Systems, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2003, a copy of the foregoing Request for Entry of Default, which was electronically filed in this case on May 16, 2003, was mailed via first class mail, postage prepaid, to: William Lanting, Resident Agent for Defendant, 9777 Topanga Canyon Blvd., Chatsworth, CA, 91311.

*Michael H. Tow*
Michael H. Tow, Bar No. 12042
  MICROS Systems, Inc.
  7031 Columbia Gateway Drive
  Columbia, MD 21046-2289
  (443) 285-8052 (tel)
  (443) 285-0466 (fax)

Counsel for MICROS Systems, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **MICROS SYSTEMS, INC.** | * | |
|     **Plaintiff** | * | |
|     **v.** | * | |
| **LANTING HOTEL VENTURES III, INC.** | * | Case No. 03-00477 |
|     **Defendant** | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

Upon consideration of the motion for judgment filed by plaintiff MICROS Systems, Inc. against Defendant Lanting Hotel Ventures III, Inc., any response or further filing filed with respect thereto by either party, and any oral argument made, and the grounds of the motion being well-taken, it is this ____ day of _____, 2003,

**ORDERED**, that judgment be entered against defendant Lanting Hotel Ventures, Inc., in the amount of $_____, plus costs, with interest to run at the legal rate from the date of entry of the judgment.

 

_____
Judge, United States District Court for the
District of Maryland