IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **MICROS SYSTEMS, INC.** | * |
| **Plaintiff** | * |
| v. | * |
| **LANTING HOTEL VENTURES III, INC.** | *   Case No. 03-00477 |
| **Defendant** | * |

\* \* \* \* \* \* \* \* \* \* \* \*

## AFFIDAVIT

I, Deborah Roth, am over eighteen years of age, have personal knowledge of the facts stated herein, and am otherwise competent to testify.

1. I am the Credit Manager for MICROS Systems, Inc. ("MICROS"). In that capacity, I have personal knowledge of the matters stated herein.

2. In 2002, Defendant Lanting Hotel Ventures, III, Inc. (herein referred to as "Lanting III") entered into contracts with MICROS for the purchase of goods and services, and the licensing of software, and MICROS allowed Lanting III to pay for these items on credit terms. To date, Lanting III has not paid for all of the goods and services it received from MICROS.

3. As of May 12, 2003, the amount due and payable from Lanting III totals $70,054.91, which amount is net of all payments received and all credits, discounts, deductions, and setoffs due and owing from MICROS to Lanting III, and which includes and reflects charges, payments, and credits that posted after February 2003, when the complaint was filed in this action.

I solemnly affirm under the penalties of perjury and upon personal knowledge that the contents of this Affidavit are true.

_____
Deborah Roth

STATE OF MARYLAND
COUNTY OF HOWARD, to wit:

On this 13th day of May, 2003, before me, a Notary Public in and for the state above, personally appeared Deborah Roth, known to me or satisfactorily proven to be the person whose name is subscribed to the within instrument, and who acknowledged that he executed the same for the purposes therein contained.

In witness whereof, I hereunto set my hand and official seal.

_____
Wendy Powell, Notary Public

[SEAL]

My Commission Expires: _____
WENDY M. POWELL
NOTARY PUBLIC STATE OF MARYLAND
My Commission Expires January 21, 2004