IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MICROS SYSTEMS, INC.
        Plaintiff

v.

LANTING HOTEL VENTURES III, INC.
        Defendant

\_\_\_\_\_FILED  \_\_\_\_\_ENTERED
\_\_\_\_\_LOGGED \_\_\_\_\_RECEIVED

MAY 20 2003

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY          DEPUTY

\*
\*\*\*\*\*\*

Civil No. CCB-03-477

## ORDER OF DEFAULT

    It appearing from the records and/or affidavit of Process Server that the summons and Complaint were properly served upon the above named Defendant on __March 3, 2003__, and that the time for said Defendant to plead or otherwise defend expired on __March 25, 2003__, and that said Defendant has failed to plead or otherwise defend as directed in said summons and as provided by the Federal Rules of Civil Procedure.

    Therefore, upon the request of the Plaintiff, and pursuant to Rule 55 of the Federal Rules of Civil Procedure, it is

    **ORDERED**, that default for want of answer or other defense by said Defendant is entered this __20th__ day of __May__, 2003

FELICIA C. CANNON, CLERK

U.S. District Court (Rev. 1/2000) - Order of Default

**By:** _____/S/_____
Hannah Bea Merez, Deputy Clerk

U.S. District Court (Rev. 1/2000) - Order of Default