FILED
DISTRICT COURT
ICT OF MARYLAND

2003 MAY 30 A 11: 12

CLERK'S OFFICE
AT BALTIMORE
Y_____DEP.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **MICROS SYSTEMS, INC.** | * | |
| Plaintiff | * | |
| v. | * | |
| **LANTING HOTEL VENTURES III, INC.** | * | Case No. 03-00477 |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of the motion for judgment filed by plaintiff MICROS Systems, Inc. against Defendant Lanting Hotel Ventures III, Inc., any response or further filing filed with respect thereto by either party, and any oral argument made, and the grounds of the motion being well-taken, it is this 30 day of May, 2003,

**ORDERED**, that judgment be entered against defendant Lanting Hotel Ventures, Inc., in the amount of $ 70,054.91, plus costs, with interest to run at the legal rate from the date of entry of the judgment.

/s/  CCB
_____
Judge, United States District Court for the
District of Maryland